UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>BRANDAN L. WILKINS,<br><br>　　　Defendant. | )<br>)  CASE NO. MJ 19-079<br>)<br>)<br>)<br>)  DETENTION ORDER<br>)<br>)<br>)<br>) |

<u>Offense charged</u>:    Possession of Child Pornography; Travel with Intent to Engage in a Sexual Act with a Minor

<u>Date of Detention Hearing</u>:    March 7, 2019.

　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

　　　<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

　　　1.    Defendant was not interviewed by Pretrial Services, so his background information, is unknown or unverified. Defendant does not contest entry of an order of detention.

DETENTION ORDER
PAGE -1

2. Defendant poses a risk of nonappearance based on lack of background information. Defendant poses a risk of danger based on the nature and circumstances of the offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 7th day of March, 2019.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -2