THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0063-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BRANDAN L. WILKINS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to extend the pretrial motions deadline. (Dkt. No. 23.) Having thoroughly considered the motion and the relevant record and finding good cause, the Court GRANTS the motion. The pretrial motions deadline is hereby EXTENDED from September 13, 2019 to September 27, 2019.

DATED this 16th day of September 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR19-0063-JCC
PAGE - 1