THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
8                  AT SEATTLE

9   UNITED STATES OF AMERICA,                CASE NO. CR19-0063-JCC

10                          Plaintiff,        ORDER

11          v.

12   BRENDAN L. WILKINS,

13                          Defendant.

14

15          This matter comes before the Court on the parties' joint motion to proceed with a plea

16   hearing by video or teleconference (Dkt. No. 43). Having thoroughly considered the motion and

17   the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

18          On April 4, 2019, Defendant pled not guilty to charges of travel with intent to engage in a

19   sexual act with a minor and possession of child pornography. (Dkt. Nos. 14, 18.) The parties now

20   move for a change of plea hearing. (Dkt. No. 43.) Defendant would like to take responsibility

21   and resolve the matter in a timely fashion. (*Id.*) Defendant wishes to move forward with a plea

22   hearing now and consents to do so by video or teleconference in light of the impact of the

23   COVID-19 pandemic on this Court's in-person operations. (*Id.*)

24          Because of the health risks posed by the COVID-19 pandemic, the Court may conduct a

25   felony plea hearing by video or teleconference if the defendant consents and the Court finds that

26   the plea hearing cannot be further delayed without serious harm to the interests of justice. *See*

Coronavirus Aid, Relief, and Economic Security (CARES) Act, Pub. L. No. 116-136, §§ 15002(b)(2)(A), (b)(4), 134 Stat. 281, 528–29 (2020); W.D. Wash. General Order No. 14-20 (Sept. 24, 2020), 04-20 (Mar. 30, 2020). Defendant has a strong interest in the speedy resolution of this matter. The Court will not resume in-person proceedings until at least January 1, 2021. *See* W.D. Wash. General Order No. 15-20 at 2 (Oct. 2, 2020). Unnecessarily delaying Defendant's guilty plea hearing further would cause serious harm to the interests of justice.

For the foregoing reasons, the Court GRANTS the parties' motion (Dkt. No. 43). The Court ORDERS that Defendant's guilty plea hearing be set as soon as practicable before a Magistrate Judge and be conducted by video conference. A record of Defendant's consent to proceed via remote hearing should be made at that time. The portion of the Court's previous order directing the parties to file a joint status report (Dkt. No. 42 at 2) is STRICKEN.

DATED this 7th day of December 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR19-0063-JCC
PAGE - 2