The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR19-063 JCC |
| Plaintiff, | [~~PROPOSED~~] |
| v. | ORDER OF RESTITUTION |
| BRANDAN WILKINS, | |
| Defendant. | |

This matter comes before the Court on the parties' motion for entry of an order of restitution (*Dkt.*80) seeking an order of restitution pursuant to 18 U.S.C. § 3664, in the amount of $665.90 for Minor Victim 2.  The Court having reviewed the agreed motion, as well as other papers and pleadings filed in this matter, hereby GRANTS the motion for the reasons stated herein for the amount reflected below.

Restitution in the amount of $665.90 for expenses incurred by the parents of Minor Victim 2 as a result of the defendant's crimes has been established by a preponderance of the evidence as detailed in the four sealed exhibits attached to the Agreed Motion for Restitution.

//
//

[~~PROPOSED~~] ORDER OF RESTITUTION - 1
*United States v. Wilkins* CR19-063 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

Therefore, the Court hereby ORDERS as follows:

Pursuant to 18 U.S.C. § 3664, restitution in the amount of $665.90 shall be paid by the defendant to the mother of Minor Victim 2. A separate Amended Judgment in a Criminal Case shall be entered reflecting the imposition of restitution in said amount.

Dated this 3rd day of June 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Cecelia Y. Gregson*
CECELIA Y. GREGSON
Assistant United States Attorney

[PROPOSED] ORDER OF RESTITUTION - 2
*United States v. Wilkins* CR19-063 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970