UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRANDAN L. WILKINS, <br><br> Defendant. | No. CR19-063-JCC <br><br> [~~PROPOSED~~] <br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture for the following property (the "Subject Property"):

1. White iPhone;
2. Silver and white iPhone;
3. Gray iPhone in Otterbox;
4. Black iPhone with silver case;
5. Black iPhone, Model #: A1241, FDD ID: BCGA1241;
6. Black iPhone, Model#: A1387, FCC ID: BCG-E2430A;
7. Black PNY thumb drive;
8. Gray PNY thumb drive;
9. Fourteen floppy discs;
10. An I-Buy Power Desktop Tower;

Final Order of Forfeiture - 1
*United States v. Wilkins,* CR19-063-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

11. Barracuda 160 GB hard drive;

12. Western Digital Hard Drive, SN: WCASY0558006;

13. Western Digital Hard Drive, SN: WCAUF2410227;

14. Western Digital Hard Drive, SN: WCC4E7LH3ET3;

15. IBM Deskstar Internal Hard Drive, SN: G4G5ZK3G;

16. Apple Macbook Pro; and

17. Black iPhone in case.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS a Final Order of Forfeiture is appropriate for the following reasons:

- On September 17, 2021, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting Defendant Brandan L. Wilkins' interest in it, Dkt. No. 62;

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), Dkt. No. 64; and

- The time for filing third-party claims has expired, and none was filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

///

///

Final Order of Forfeiture - 2
*United States v. Wilkins,* CR19-063-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Homeland Security, and/or its representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this 5th day of July 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Jehiel.Baer@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Wilkins,* CR19-063-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970